**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000310
15-SEP-2020
08:56 AM**

NO. CAAP-20-0000310

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JASON HOOPAI, INTERNATIONAL AND PACIFIC ENTERPRISES, LLC and
PACIFIC MARINE PARTNERS LLC, Plaintiffs-Counterclaim
Defendants/Appellees, v. JONAS IKAIKA SOLLIDAY,
Defendant-Counterclaimant/Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 19-1-211K)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of Defendant-Counterclaimant/Appellant Jonas Ikaika Solliday's September 1, 2020 Motion to Dismiss and Extend the Deadline for Filing Opening Brief Until At Least One Week After This Motion is Decided, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b). All other requested relief is denied as moot.

DATED: Honolulu, Hawaiʻi, September 15, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge